No. A-256. HILL, ATTORNEY GENERAL OF TEXAS, ET AL. v. PRINTING INDUSTRIES OF THE GULF COAST ET AL. Application for stay of judgment of the United States District Court for the Southern District of Texas presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending timely docketing of an appeal and final disposition thereon. MR. JUSTICE DOUGLAS would deny the application.